158 A.3d 69

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Raymond Allen MATTESON, Petitioner**

**No. 230 WAL 2016**

Supreme Court of Pennsylvania.

September 20, 2016

## ORDER

PER CURIAM

**AND NOW**, this 20th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**